IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

JESUS ALEXANDER GIL VALBUENA                              PETITIONER

V.                               CIVIL ACTION NO. 5:20-cv-61-DCB-MTP

SHAWN R. GILLIS                                           RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 9], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that Petitioner's Writ for Habeas Corpus is moot because Jesus Valbuena was released with supervision from immigration custody on April 3, 2020. Dien Thanh Ngo v. Johnson, 2019 WL 3468909, at *2 (N.D. Tex. 2019).

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 9] is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss [ECF No. 7] is GRANTED.

1

This Petition for Writ of Habeas Corpus [ECF No. 1] is hereby DISMISSED WITH PREJUDICE. A Final Judgment shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 11th day of June, 2020.

/S/ David Bramlette
UNITED STATES DISTRICT JUDGE